# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130150(85)

GEORGE H. GOLDSTONE,
      Plaintiff-Appellant,

v

BLOOMFIELD TOWNSHIP PUBLIC LIBRARY,
      Defendant-Appellee.

_____

SC: 130150
COA: 262831
Oakland CC: 04-060611-CZ

      On order of the Chief Justice, the motion by plaintiff-appellant that judicial notice be taken of a resolution by the State Board of Education is considered and it is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2007

_____
Clerk